**Order entered January 28, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01045-CV

**OLUSOLA OKUNFULURE, Appellant**

**V.**

**AURELIO ORTIZ, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-11295**

## ORDER

The Court has before it appellant's January 23, 2013 "request for extension of time to file deficiencies on brief." The Court **GRANTS** the request and **ORDERS** appellant to file the amended brief within thirty days of the date of this order.

/s/ ELIZABETH LANG-MIERS
JUSTICE